UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA


| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GRAND POINTE, LLC; CENTURY | ) | No. 1:05-CV-161 |
| CONSTRUCTION OF TENNESSEE, LLC, a | ) | |
| Tennessee Entity; CENTURY | ) | Judge Curtis L. Collier |
| CONSTRUCTION OF TENNESSEE, LLC an | ) | |
| Alabama Entity; SOUTHERN CENTURY, | ) | |
| LLC; CEMC IV, L.P.; CLIFFORD BYRD | ) | |
| HARBOUR; ROBERT H. CHANDLER; and | ) | |
| GRAND POINTE CONDOMINIUM | ) | |
| OWNERS ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| RLI INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GRAND POINTE CONDOMINIUM | ) | |
| OWNERS ASSOCIATION; GRAND | ) | |
| POINTE, LLC; CENTURY CONSTRUCTION | ) | No. 1:05-CV-157 |
| OF TENNESSEE, LLC, a Tennessee | ) | |
| Limited Liability Company; CENTURY | ) | Judge Curtis L. Collier |
| CONSTRUCTION OF TENNESSEE, LLC, | ) | |
| an Alabama Limited Liability Company; | ) | |
| CLIFFORD BYRD HARBOUR, III; ROBERT | ) | |
| H. CHANDLER; SOUTHERN CENTURY, | ) | |
| LLC; and CEMC IV, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF CONSOLIDATION AND REASSIGNMENT

These two matters are before the Chief District Judge for review to determine if they are "related" and should be consolidated pursuant to E.D. TN. LR 3.2(d)(4)(B) since the cases were assigned to different district judges.

Because it appears that the two cases involve common questions of law and fact and involve many of the same parties, it is **ORDERED** that Case No. 1:05-cv-157 shall be **CONSOLIDATED** with Case No. 1:05-cv-161. The consolidated cases are hereby **ASSIGNED** to the Chief Judge Curtis L. Collier.

**Civil Case No. 1:05-cv-161 will be the lead case** and pending final resolution of these consolidated cases, all filings shall be made in Case No. 1:05-cv-161. It is not necessary for the Court Clerk to note filings on each docket sheet, as it will be understood, because of this order, that each filing in No. 1:05-cv-161 will be deemed to have also been filed in Case No. 1:05-cv-157. At such time as the final resolution of the consolidated cases is made, the final order will be placed in each file, at which time the files shall be closed.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**